JANUARY 27, 1987

No. 86–894. HELDSTAB v. CITY OF MILWAUKEE. Appeal from Ct. App. Wis. dismissed for want of jurisdiction. 

No. 86–950. WINCHESTER & WESTERN RAILROAD CO. v. VIRGINIA ET AL. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. JUSTICE WHITE would postpone jurisdiction to a hearing of the case on the merits.

No. 86–5919. STOKES v. ASSOCIATE CIRCUIT COURT OF TEXAS COUNTY, MISSOURI. Appeal from Ct. App. Mo., Southern Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5977. STEVENSON v. GRISWOLD. Appeal from Sup. Ct. Haw. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5978. McDONALD v. ALABAMA. Appeal from Ct. Crim. App. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 86–6000. POTE v. REAGAN, PRESIDENT OF THE UNITED STATES. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1480. UNITED STATES v. MERCHANTS NATIONAL BANK OF MOBILE. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jersey Shore State Bank* v. *United States, ante,* p. 442. 

No. 86–57. TENNESSEE ET AL. v. CHAMPION INTERNATIONAL CORP., DBA CHAMPION PAPERS. Sup. Ct. Tenn. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *International Paper Co.* v. *Ouellette, ante,* p. 481.